UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  RAIMY PEGUERO,                                            :
                                          Plaintiff,        :
                                                            :           26 Civ. 1776 (LGS)
                       -against-                            :
                                                            :
  UNITED STATES OF AMERICA,                                 :           **ORDER**
                                          Defendant.        :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

　　WHEREAS, the Order entered March 6, 2026, directed the parties to file a joint status letter and proposed case management plan by April 14, 2026.  The initial pretrial conference in this action is scheduled for April 21, 2026.

　　WHEREAS, Plaintiff has not filed proof of service of the Summons and Complaint, and Defendant has not appeared in this action.  It is hereby

　　**ORDERED** that, if Plaintiff has been in contact with Defendant, the parties shall file the materials as soon as possible and no later than **April 16, 2026**.  If Plaintiff has not been in contact with Defendant, Plaintiff shall instead file a letter by that date requesting to adjourn the conference and stating the status of service.

Dated: April 15, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE