UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
: 
RAIMY PEGUERO,                                            :
:
                      Plaintiff,     :        26 Civ. 1776 (LGS)
:
          -against-                     :        ORDER
:
UNITED STATES OF AMERICA,                    :
:
                 Defendant.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Initial Pretrial Conference in this action is scheduled for May 26, 2026.

WHEREAS, the Order entered May 14, 2026, referred this case to the court-annexed

mediation program under Local Civil Rule 83.9.  It is hereby

**ORDERED** that the Initial Pretrial Conference scheduled for May 26, 2026, is

**ADJOURNED** sine die.  It is further

**ORDERED** that the parties shall file a joint letter regarding the status of mediation every

forty-five days beginning from the date of this Order, with the first such letter due **June 29,**

**2026**.

Dated: May 15, 2026
       New York, New York

                                  LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE